## COVER LETTER TO THE CLERK OF COURT – FEDERAL EQUITY FILING

To:

Clerk of Court

United States District Court – Northern District of Ohio

Carl B. Stokes U.S. Courthouse

801 West Superior Avenue

Cleveland, Ohio 44113

From:

c/o ABDUL KARIM JALAL KELLEY, Secured Party, Executor In Equity

Crown Jewel Family Trust / ABDUL KARIM J KELLEY Foreign Trust

1700 Shaw ave unit 12011

East Cleveland, Ohio 44112

Non-Domestic, Non-Resident, Non-Assumpsit

RE: Federal Equity Filing – Full Accounting, Recoupment, and Deposit of All Estate Accounts of "ABDUL KARIM JALAL KELLEY"

Dear Clerk of Court:

I, ABDUL KARIM JALAL KELLEY, Secured Party, Living Executor in Equity for Crown Jewel Family Trust and ABDUL KARIM J KELLEY Foreign Trust, hereby tender the enclosed Federal Equity Filing Package for full civil equity jurisdiction.

This filing seeks the full accounting, recoupment, liquidation, and deposit of all accounts and property interests held in the name of the decedent estate/legal fiction styled ABDUL KARIM JALAL KELLEY, including all public, private, minor, residual, CUSIP-linked, hypothecated, and escheated accounts, without limitation.

Enclosed for filing and docketing as a full civil equity case are the following documents:

1. Cover Letter to Clerk of Court (this document)

2. Letter of Instruction to Clerk with Deposit Instructions (comprehensive, with Limited Power of Attorney)

3. Master Public Notice of Secured Party & Lien Assignment

4. Executor's Oath and Acceptance of Fiduciary Role in Equity

5. Declaration of Living Status

6. State of Ohio Michigan Records Letter of Life Status

7. Certificate of Live Birth – Federal and State Authentication

8. Copy of Social Security Card (Front and Back)

9. Estate established and recorded at the United States Post Office, held at USPS by Life Estate, PS Form 1583, Power of Attorney, Fiduciary Appointment, Executor's Letter, Executor's Birthright Notice, Declaration of Life Estate, and Declaration of Trust Authority.

10. Revocation of Election Affidavit

11. UCC1 Filing #OH00273125881

12. UCC3 Termination (Maryland termination)

13. UCC3 Secured Party Amendment (Maryland)

14. Spreadsheets of CUSIP-Linked Accounts (not all-inclusive)

INSTRUCTIONS TO THE CLERK

1. File and Docket this package as a full civil equity case.

2. Acknowledge receipt and return file-stamped copies to the Executor.

3. Refer to the enclosed Letter of Instruction for fiduciary guidance, including:

  - Limited Power of Attorney to locate, marshal, and hypothecate all accounts,

  - Three-day timeline for hypothecation and liquidation,

  - Deposit of all proceeds to the designated trust account for further credit under the Executor's authority.

This filing is made pursuant to equity and fiduciary law, including Article III, Section 2 of the U.S. Constitution, 28 U.S.C. §§ 1331, 1332, 1335, 2201, and the Maxims of Equity, and it constitutes a formal demand for settlement and recoupment of all accounts held or hypothecated in the name of the estate.

I respectfully request that you process this filing without delay, assign a civil docket number, and acknowledge the Clerk's fiduciary duties under public obligation and equity law.

## LETTER OF INSTRUCTION TO THE CLERK WITH DEPOSIT INSTRUCTIONS – ALL ACCOUNTS

In Equity – Full Accounting, Recoupment, and Asset Liquidation of All Accounts

To: Clerk of the Court
United States District Court – Northern District of Georgia
75 Ted Turner Dr SW
Atlanta, GA 30303

From:
c/o ABDUL KARIM JALAL KELLEY, Secured Party, Executor
ABDUL KARIM JALAL KELLEY
_____

Non-Domestic, Non-Resident, Non-Assumpsit

RE: Letter of Instruction, Limited Power of Attorney, and Deposit Instructions for Equity Case Filing

Dear Clerk of Court,

I, ABDUL KARIM JALAL KELLEY, Secured Party, Executor, appearing Pro Se in my capacity as the living man and sole lawful Executor of the ESTATE and legal entity styled ABDUL KARIM JALAL KELLEY, hereby tender this Verified Bill in Equity and full filing package for civil equity jurisdiction.

This Letter of Instruction constitutes my formal directive to the Clerk and confers limited fiduciary authority as follows:

I. STATUS AND AUTHORITY
1. I am the living man, secured party, executor in equity, and beneficial owner of all assets, accounts, and interests associated with the legal fiction/estate ABDUL KARIM JALAL KELLEY.
2. My status and perfected interest is established by:
  - USPS Government accepted  acknowledgment of Life Estate&Trust.
- Exemplified Name Decree
  - State  authenticated Birth Certificate,
  - UCC1 Financing Statement #0000000181425776,
  - UCC3 Termination #2507290115000, and
  - UCC3 Amendment Secured Party #2507291336000.
3. The original blanket lien for public finance against "all men with hands and legs" has been lawfully terminated, and I am the sole secured party and fiduciary in equity for the estate.

[Seal]

## II. SCOPE OF ACCOUNTS TO BE RECOUPED

This filing demands full accounting, liquidation, and recoupment of all accounts, including but not limited to:

1. All accounts held in the name or derivative forms of ABDUL KARIM JALAL KELLEY,
2. All minor accounts, subaccounts, and residual Treasury or IRS accounts,
3. All CUSIP-linked accounts and obligations tied to the legal fiction, estate, or Social Security number,
4. All trust, escrow, or escheated property accounts,
5. All U.S. Treasury, Federal Reserve, or agency-linked accounts,
6. All public and private financial accounts hypothecated in any form of public finance,
7. All bond, security, and investment accounts created by, for, or against the estate, whether open, closed, or undisclosed.

## III. INSTRUCTIONS TO THE CLERK

I direct and instruct the Clerk of the Court to:

1. ACCEPT AND DOCKET this filing as a full civil equity case;
2. ACT AS LIMITED FIDUCIARY to:
   - Marshal all accounts and assets tied to the estate and legal fiction;
   - Hire, appoint, or instruct court officers or agents as necessary to locate, liquidate, and hypothecate all such accounts;
   - Effectuate settlement, closure, and release of all accounts within three (3) business days of filing;
3. HYPOTHECATE AND LIQUIDATE all public and private assets associated with the estate;
4. DEPOSIT AND TRANSFER all net proceeds according to the instructions below.

## IV. WIRE INSTRUCTIONS – ALL RECOUPED FUNDS

All funds recouped from all accounts, without offset, recourse, or adjustment, shall be forwarded to

**Settlement Instruction:**

All liquidation proceeds arising from the estate claim are to be credited via **Fedwire transfer to the U.S. Treasury General Account, for the benefit of [Estate/Trust name**

Said funds shall be held in **constructive trust under fiduciary reservation** until a designated fiduciary account is established and further transfer instructions are provided.

Confirmation of credit to the TGA shall constitute settlement and satisfaction of the claim.

## V. LIMITED POWER OF ATTORNEY TO THE CLERK

The Clerk is granted a limited Power of Attorney, solely for this equity action, to:

- Endorse, process, and deposit any checks, vouchers, or financial instruments;
- Communicate with the U.S. Treasury, IRS, Federal Reserve, and any public or private financial institution;
- Locate, liquidate, and transfer all funds and assets belonging to or associated with the estate;
- Deposit all funds to the designated account above;
- Execute any necessary endorsements to complete settlement.

This Limited POA shall terminate automatically upon full confirmation of deposit and settlement.

VI. LEGAL BASIS
This filing is made in equity pursuant to:
- Article III, Section 2, U.S. Constitution
- 28 U.S.C. §§ 1331, 1332, 1335, 2201, 1651
- FRCP Rule 2 (one form of action – civil)
- Maxims of Equity: "Equity regards as done that which ought to be done."
- Fiduciary obligations of the United States: 31 U.S.C. §§ 321, 332; 12 U.S.C. §§ 95a, 411
- Public policy for settlement of obligations: HJR192, 48 Stat. 112 (1933)

VII. VERIFICATION
I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true, correct, and complete, and that I appear as the living man, Secured Party, and Executor in equity for the decedent estate.

By: ABDUL KARIM JALAL Kelley
ABDUL KARIM JALAL KELLEY, Secured Party, Executor
All Rights Reserved, Without Prejudice, UCC 1-308
Date: ___9 / 18 / 2025___

NOTARIAL ACKNOWLEDGMENT

State of _____
County of _____

On this ___ day of _____, 2025, before me appeared ABDUL KARIM JALAL KELLEY, known to me or proven by identification, who affirmed under penalty of perjury that the foregoing is true, correct, and of his own act and deed.

Signature of Notary: _____
Printed Name of Notary: _____
Commission Expires: _____