# TRUSTEE'S ACCEPTANCE OF ASSIGNMENT

TRUST:
CROWN JEWEL FAMILY TRUST,
An express living private trust, operating under foreign administrative authority.

ASSIGNOR:
The Estate styled "ABDUL KARIM JALAL KELLEY",
By and through its Executor, Beneficiary, Owner, and Secured Party Creditor, ABDUL KARIM JALAL KELLEY, the living man, alive and in being.

## RECITALS

WHEREAS, the Assignor has duly executed an Assignment of Estate into Trust, transferring and conveying all rights, title, and interests of the Estate styled "ABDUL KARIM JALAL KELLEY" into the above-named Trust;

WHEREAS, the Trust is of public record and stands as a lawful and valid entity, with Petitioner as Grantor, Trustee, and Beneficiary;

NOW, THEREFORE, the undersigned Trustee does hereby accept said Assignment, acknowledge receipt of all property described therein, and confirm that such property shall be administered as part of the corpus of the CROWN JEWEL FAMILY TRUST, subject to the terms and provisions of its Declaration.

## ACCEPTANCE

1. The Trustee hereby accepts delivery and assignment of all rights, title, interests, hereditaments, intellectual property, accounts, securities, general intangibles, real and

Respectfully submitted,


By: _____

ABDUL KARIM JALAL KELLEY, Secured Party, Living Executor In Eqyity
Crown Jewel Family Trust / ABDUL KARIM J KELLEY Foreign Trust
All Rights Reserved, Without Prejudice, UCC 1-308

Date: _____


NOTARIAL ACKNOWLEDGMENT


State of _____

County of _____


On this ___ day of _____, 2025, before me appeared ABDUL KARIM JALAL KELLEY,
known to me or proven by identification, who affirmed under penalty of perjury that the
foregoing is true, correct, and of his own act and deed.


Signature of Notary: _____

Printed Name of Notary: _____

Commission Expires: _____

[Seal]