**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| Kelley-Abdulkarim Jalal, | ) | CASE NO. 1:25 CV 02005 |
| for Life Estate other | ) | |
| Abdulkarim Jalal Kelley | ) | |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| v. | ) | |
| | ) | |
| Navy Federal Credit Union, et al., | ) | <u>Judgment Entry</u> |
| | ) | |
| Defendants. | ) | |

For the reasons stated in the Court's Memorandum of Opinion and Order filed contemporaneously herewith, this action is hereby DISMISSED. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 10/7/25